UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-15(6) (NEB/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | **GOVERNMENT'S MOTION TO QUASH ARREST WARRANT** |
| FADUMO MOHAMED YUSUF, | |
| Defendant. | |

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Joseph H. Thompson, Harry M. Jacobs, Chelsea A. Walcker, Matthew S. Ebert, and Joseph S. Teirab, Assistant United States Attorneys, respectfully moves the Court for an order quashing the previously issued arrest warrant for defendant Fadumo Mohamed Yusuf.

1.     On January 24, 2024, a federal grand jury returned an indictment against Gandi Yusuf Mohamed and six co-defendants. The indictment charges her with conspiracy to commit wire fraud, wire fraud, conspiracy to commit money laundering, and money laundering, in violation of 18 U.S.C. §§ 371, 1343, 1956, and 1957. Dkt. #1. The court issued a warrant for defendant's arrest.

2.     At the time of the indictment, defendant was outside of the United States. Counsel recently informed the government that defendant would like to return to the United States to self-surrender and make his initial appearance in this case. Defendant is scheduled to arrive in the United States on May 8, 2024. To ensure that she is able to enter the United States and self-surrender without being arrested,

the government is moving to quash the previously issued arrest warrant with respect to defendant Fadumo Mohamed Yusuf.

For the foregoing reasons, the government respectfully requests that the Court quash the previously issued warrant for the arrest of defendant Fadumo Mohamed Yusuf.

Dated: May 7, 2024	Respectfully Submitted,

ANDREW M. LUGER
United States Attorney

BY: /s/ *Joseph H. Thompson*
JOSEPH H. THOMPSON
HARRY M. JACOBS
CHELSEA A. WALCKER
MATTHEW S. EBERT
Assistant United States Attorneys