UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-15(6) (NEB/TNL)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FADUMO MOHAMED YUSUF,

    Defendants.

**ORDER**

The government motion to quash the arrest warrant previously issued in this case is hereby granted.

May 7, 2024
Dated

    *s/ Douglas L. Micko*
The Honorable Douglas L. Micko
United States Magistrate Judge