**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# CHANGE OF PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FADUMO MOHAMED YUSUF,<br><br>Defendant. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Nancy E. Brasel<br>U.S. District Judge<br><br>Case No:          24-cr-15 (6) (NEB/DTS)<br>Date:             March 20, 2026<br>Court Reporter:   Renee Rogge<br>Courtroom:        13W<br>Time Commenced:   10:00 a.m.<br>Time Concluded:   10:45 a.m.<br>Time in Court:    45 minutes |

APPEARANCES:
  Plaintiff:      Rebecca Kline and Matthew Evans, Assistant U.S. Attorneys
  Defendant:      Lee Johnson, CJA Appointed Attorney

Interpreter: Ayderus Ali/Somali

PROCEEDINGS:

CHANGE OF PLEA HEARING:

PLEA:
  ☒ Guilty plea entered as to Count 4 of the Superseding Indictment.
  ☒ Presentence Investigation Report Requested.
  ☒ Defendant is released on bond conditions. Additional Conditions added by order.

Date: March 20, 2026                    s/Kristine Wegner
                                        Courtroom Deputy to Judge Nancy E. Brasel