**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Fadumo Mohamed Yusuf,

Defendant,

Docket No. 0864 0:24CR00015-006(NEB)

**Order Modifying**
**Conditions of Release**

Due to the nature and circumstances of the offense and the fact that the above-named defendant has pled guilty, IT IS HEREBY ORDERED that the following be added to the defendant's conditions of release:

The defendant shall be prohibited from incurring new credit charges or opening additional lines of credit without approval of the probation officer.

The defendant shall provide the probation officer access to any requested financial information, including credit reports, credit card bills, bank statements, and telephone bills.

All other conditions of release shall remain in effect.

Dated: 3/30/26

Nancy E. Brasel
U.S. District Judge